UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FRANK P. RAGUSA, JR.

VERSUS

LOUISIANA GUARANTY
INSURANCE ASSOCIATION, ET AL.

CIVIL ACTION

NO. 21-1971

SECTION: "J"(5)

## ORDER

Before the Court is plaintiff Frank P. Ragusa, Jr.'s *Motion for Summary Judgment that Frank P. Ragusa, Jr. Has Mesothelioma and that Asbestos was the Cause of his Mesothelioma* **(Rec. Doc. 343).** Opposition memoranda were filed by Amdura, LLC (Rec. Doc. 434), Syngenta Crop Protection, LLC (Rec. Doc. 487), Rubicon LLC (Rec. Doc. 491), and FMC Corporation (Rec. Doc 495).

The record in this case contains undisputed medical evidence that the plaintiff Frank P. Ragusa, Jr. has mesothelioma. For the same reasons in *Cortez v. Lamorak Ins. Co.*, No. 20-2389, 2022 WL 1135830 (E.D. La. Apr. 18, 2022); the Court finds that Ragusa is entitled to summary judgment on these issues. Establishing that asbestos caused Ragusa's mesothelioma does not preclude defendants from distinguishing among different exposures and forms of asbestos as they see fit, and this ruling does not prevent defendants from presenting to the jury evidence regarding specific causation of Plaintiff's mesothelioma.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for summary judgment (Rec. Doc. 343) is **GRANTED.**

New Orleans, Louisiana, this 22nd day of March, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE